UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UGANDA KNAPPS,<br><br>        Plaintiff,<br><br>    v.<br><br>EDUCATION & TRAINING RESOURCES (ETR), et al.,<br><br>        Defendants. | Case No. 24-cv-00893-SK<br><br>**ORDER TO SHOW CAUSE** |

On August 19, 2024, Defendant Minact, Inc. ("Minact") filed a motion to dismiss. (Dkt. No. 61.) Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's response was due by September 3, 2024. To date, Plaintiff has not filed an opposition brief. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than September 18, 2024, why the Court should not dismiss his claims for lack of prosecution or grant Minact's motion as unopposed.

If Plaintiff seeks to file an untimely opposition brief, he must submit a request to do so showing good cause for his failure to comply with the deadline required by the Local Rules and must submit the proposed opposition brief along with the request. If Plaintiff fails to file a response to this Order to Show Cause by September 18, 2024, the Court will grant Minact's motion to dismiss as unopposed and/or dismiss Plaintiff's claims for failure to prosecute without further notice.

The Court VACATES the hearing on the motion to dismiss currently scheduled on September 23, 2024 on Minact's motion. If Plaintiff demonstrates good cause for his delay and seeks to oppose Minact's motion to dismiss, the Court will provide Minact with an opportunity to file a reply and will reset the hearing on the motion to dismiss.

The Court FURTHER ORDERS that the hearing on the motion to dismiss filed by Defendant Education & Training Resources, LLC ("ETR") is also VACATED. (Dkt. No. 59.) The Court will reset the hearing at later date to be heard at the same time as Minact's motion. Alternatively, if the Plaintiff fails to demonstrate good cause and the Court dismisses Plaintiff's claims against Minact for failure to state a claim, the Court will reset the hearing on ETR's motion at that time.

The Court reminds Plaintiff that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for *pro se* litigants (https://www.cand.uscourts.gov/pro-se-litigants/). The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: September 4, 2024



SALLIE KIM
United States Magistrate Judge